## SCOTT v. SCRIPTURE.

ERROR from the judgment of a justice of the peace. Scripture brought his action before Mr. Holmes, a justice of the peace, declaring — That for a valuable consideration received and accepted by Scott, in full of all demands against Scripture, said Scott did agree and engage to relinquish and discharge him of every demand whatever; but that afterwards he brought his action of book debt before Jeremiah West, Esq. and recovered the whole of his demand, in direct violation of his agreement.

To which declaration Scott pleaded — That on the trial before Justice West, said Scripture appeared, and exhibited as a charge on book, the articles which he claimed to have delivered as the consideration of said agreement, and the same was allowed by said Justice West, in opposition to said Scott's account, and discounted thereon, by the judgment and determination of said justice.

To which there was a demurrer, and joinder in demurrer; and judgment by the justice, was for the plaintiff in the action.

Judgment of the justice reversed.

By the COURT. The agreement stated in the declaration, if of any validity, could only have been taken advantage of in the action before Justice West, by pleading it in bar, by way of discharge, or accord and satisfaction; but as the article alleged to be the consideration of said agreement was exhibited, and allowed in part payment of said Scott's demand, Scripture could not legally take any further benefit by the agreement.